AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS KELLY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-013

TOOMBS COUNTY FIRE DEPARTMENT and TOOMBS COUNTY DETENTION CENTER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 20, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice. This case stands CLOSED.



04/20/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03